# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| FARUK ALI IBRAHIM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-01380-CLM-SGC |
| ) | |
| DIANNE WITTE, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on October 13, 2020, recommending the petition for writ of habeas corpus filed by Faruk Ali Ibrahim be dismissed as moot. (Doc. 5). Although advised of his right to file objections within fourteen days, Petitioner has not objected or otherwise responded to the report within the time prescribed.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. In accordance with the recommendation, the court finds the motion to dismiss filed by Respondents (Doc. 4) is due to be **GRANTED** and the petition is due to be dismissed as **MOOT**.

A separate order will be entered.

**DONE** this November 9, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE